**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 1, 2022.**



In The

# Fourteenth Court of Appeals

## NO. 14-21-00275-CV

### UNION PACIFIC RAILROAD COMPANY, Appellant

### V.

### VICTOR BROWN, JR., ET AL, Appellees

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2020-83852**

## MEMORANDUM OPINION

This is an appeal from an order signed May 10, 2021. On August 23, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.